# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| BRIAN DUGGER, an individual, | Case No: SACV 09-0290-AG(ANx) |
| Plaintiff, | **ORDER DISMISSING ACTION** *WITH PREJUDICE* |
| vs. | |
| TRINITY BROADCASTING NETWORK, a business entity; PAUL CROUCH, JR., an individual; DOES 1 through 50, inclusive, | |
| Defendants. | Action Filed: March 9, 2009<br>Trial: Mary 11, 2010 |

//
//
//
//
//
//
//
//
//

Having considered the Notice of Settlement and Stipulation to Dismiss Action *With Prejudice* filed by Plaintiff Brian Dugger and Defendants Trinity Broadcasting Network and Paul Crouch, Jr. (the "**Parties**"), and good cause appearing therefore, the Court hereby **ORDERS** the within action **dismissed** *with prejudice*. Each party shall bear their own attorneys fees and costs, except as otherwise provided in the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE